# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**04-0435
CONSOLIDATED WITH
04-0434**


**LEON TOUCHET**

**VERSUS**

**WALTER JESTER, HAMPTON INC.,
HAMPTON AUTOMOTIVE INC. D/B/A
HAMPTON TOYOTA AND CNA INSURANCE CO.**


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20023810,
HONORABLE BYRON HEBERT, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


**JIMMIE C. PETERS
JUDGE**


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy H. Ezell, Judges.


**AFFIRMED.**


**James H. Domengeaux
Domengeaux, Wright, Roy & Edwards
556 Jefferson Street, Suite 500
Post Office Box 3668
Lafayette, LA 70502
(337) 233-3033
COUNSEL FOR PLAINTIFF/APPELLANT:**
        Leon Touchet

**Robert L. Ellender
Attorney at Law
Post Office Box 3527
Lafayette, LA 70502**

**(337) 232-9700**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Beau LeBlanc, Hampton Inc. And Hampton Automotive**
    **d/b/a Hampton Toyota**

**Stephen J. Moore**
**Richard G. Duplantier, Jr.**
**Peter A. Bourgeois**
**Galloway, Johnson, Tompkins, Burr & Smith**
**One Shell Square**
**701 Poydras Street, 40th Floor**
**New Orleans, LA 70139**
**(504) 525-6802**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Columbia Casualty Insurance Company**

PETERS, J.

We affirm the trial court judgment in all respects for the reasons given in *Falgout v. Jester*, 04-0434 (La.App. 3 Cir. ___/___/___).  We assess all costs of this appeal to James Falgout and Leon Touchet.

**AFFIRMED.**